No. 94–6997. RUTHERS *v.* ORTIZ, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 94–6999. DYER *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–7000. DUSENBERY *v.* GRAVES ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–7002. CAZEAU, AKA LAFLEUR *v.* PENNSYLVANIA STATE POLICE ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–7003. BRADFORD *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 94–7004. BRONFMAN *v.* CITY OF KANSAS CITY, MISSOURI, ET AL. Ct. App. Mo., Western Dist. Certiorari denied.

No. 94–7006. SIEROTOWICZ *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 2d Cir. Certiorari denied.

No. 94–7011. SOWA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–7015. MEHRER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–7017. PARADIS *v.* ARAVE ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–7023. BENCS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–7035. GONZALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7037. DAVID *v.* HUDACS, NEW YORK COMMISSIONER OF LABOR. Ct. App. N. Y. Certiorari denied.

No. 94–7043. BAEZ *v.* DOUGLAS COUNTY COMMISSION ET AL. C. A. 11th Cir. Certiorari denied.